UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHAMPION LABORATORIES, INC.,

        Plaintiff,           Civil Action No.
                                  07-CV-12493

vs.

                                  PAUL D. BORMAN
PARKER-HANNIFIN CORPORATION,    UNITED STATES DISTRICT JUDGE

        Defendant.
_____/

**ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S
OBJECTIONS TO PLAINTIFF'S PROPOSED TRIAL EXHIBITS**

      Plaintiff has filed a motion to strike Defendant's Objections to Plaintiff's Proposed Trial Exhibits [docket entry 106]. The Court has had an opportunity to review this matter. The motion is denied because E.D. Mich. LR 7.1 applies only to "motions"; Defendant's Objections to Plaintiff's Proposed Trial Exhibits are not motions.

      SO ORDERED.


                                                  s/Paul D. Borman
                                                  PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: November 4, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 4, 2009.

                                              s/Denise Goodine
                                              Case Manager