UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHAMPION LABORATORIES, INC.,

        Plaintiff,

vs.

PARKER-HANNIFIN CORPORATION,
RACOR DIVISION

        Defendant.
_____/

Civil Action No.
07-CV-12493

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

## ORDER REQUESTING RESPONSE BRIEF AND ADJOURNING UPCOMING PROCEEDINGS

On December 23, 2009, Defendant filed a "Motion for Leave to File Summary Judgment based on Verdict Entered in Companion Case on December 11, 2009." *See* docket entry 204. Defendant argues that Plaintiff lacks standing to maintain the present action in light of a jury verdict entered in favor of Defendant and against Plaintiff by the United States District Court for the Northern District of Ohio on December 11, 2009, in a patent case that is related to the present one.

The Court requests a brief in response to Defendant's Motion for Leave to File Summary Judgment within twenty-one days of today's date. Defendant may file reply brief within seven days of the filing of any response brief.

The hearing on the parties' motions *in limine*, currently scheduled for January 15, 2010, is adjourned, as is the trial currently scheduled for February 16, 2010, pending the Court's disposition of Defendant's Motion for Leave to File Summary Judgment.

SO ORDERED.

1

                S/Paul D. Borman
                PAUL D. BORMAN
                UNITED STATES DISTRICT JUDGE

Dated: January 4, 2010

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 4, 2010.

                S/Denise Goodine
                Case Manager