UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHAMPION LABORATORIES, INC.,

        Plaintiff,                      Civil Action No.
                                          07-CV-12493

vs.

                                          PAUL D. BORMAN
PARKER-HANNIFIN CORPORATION,     UNITED STATES DISTRICT JUDGE
RACOR DIVISION

        Defendant.
_____/

**ORDER
GRANTING DEFENDANT'S "UNOPPOSED MOTION TO SUPPLEMENT VERDICT
FORM IN COMPANION CASE AS AN EXHIBIT TO PROFFERED MOTION FOR
SUMMARY JUDGMENT"**

      On January 5, 2010, Defendant filed an unopposed motion seeking to supplement an exhibit to its previously-filed Motion for Leave to File Summary Judgment. In its Motion for Leave to File Summary Judgment, Defendant argues that Plaintiff lacks standing to maintain the present action in light of a jury verdict entered in favor of Defendant and against Plaintiff by the United States District Court for the Northern District of Ohio on December 11, 2009, in a patent case that is related to the present one. Defendant now wishes to supplement the present record with the jury verdict form that was entered in the Northern District of Ohio, which was not placed on that court's docket until after Defendant filed its Motion for Leave to File Summary Judgment in the present case. Defendant's motion to supplement [docket entry 206] is granted.

      SO ORDERED.

1

        S/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: January 22, 2010

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 22, 2010.

        S/Denise Goodine
        Case Manager